**Order filed October 30, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00788-CV
_____

**EXERGY DEVELOPMENT GROUP OF IDAHO, LLC AND JAMES T. CARKULIS, Appellants**

**V.**

**HIGH POWER ENERGY, LLC, BLUE RENEWABLE ENERGY, LLC AND BLACK MOUNTAIN FINANCIAL, CORP, Appellees**

On Appeal from the 125th District Court
Harris County, Texas
Trial Court Cause No. 2012-67104

## O R D E R

The notice of appeal in this case was filed by appellant James T. Carkulis acting pro se on September 29, 2014. To date, the filing fee of $195.00 has not been paid. No evidence that appellant James T. Carkulis has established indigence has been filed. *See* Tex. R. App. P. 20.1.

No counsel has made an appearance on behalf of Exergy Development Group of Idaho, LLC in this appeal. Only a licensed attorney can appear and represent a corporation in litigation. *See Kunstoplast of Am. v. Formosa Plastics Corp., USA*, 937 S.W.2d 455, 456 (Tex. 1996). James T. Carkulis is not an attorney and cannot represent the corporate party in his pro se capacity. *See Dell Dev. Corp. v. Best Indus. Uniform Supply Co., Inc.*, 743 S.W.2d 302 (Tex. App.—Houston [14th Dist.] 1987, writ denied).

Therefore, the court issues the following orders.

Appellant James T. Carkulis is ordered to pay the filing fee in the amount of $195.00 to the clerk of this court on or before **November 17, 2014.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

In addition, the corporation is requested to obtain counsel to represent it in this appeal and to file a notice of appearance on or before **November 17, 2014**. If Exergy Development Group of Idaho, LLC fails to obtain counsel its appeal will be dismissed for want of prosecution.

PER CURIAM